# Exhibit D

(Pending Motion to Determine Whether to be Filed Under Seal)