# Exhibit H



**PROPERTIES TITLE**

Mr. Stephen J. Young, Esq.  November 29, 2007
Snell & Wilmer, L.L.P.
One South Church Ave. Ste 1500
Tucson, AZ 84701

     RE:    Contributed Mutual Loan to K-5 Realty

Dear Mr. Young:

     Enclosed herewith please find the following documents executed in connection with this loan. These documents are all originals except for the Mortgage and UCC-1 Financing Statements which we will be filing with the Clerk of Court and the Secretary of State, respectively:

1) Borrower's Counsel Opinion Letter
2) HUD-1 Settlement Statement
3) Construction Loan Agreement
4) Construction Loan Services Agreement
5) Agreement of General Contractor
6) Architect's Certificate and Agreement
7) Engineer's Certificate and Agreement
8) Promissory Note
9) Copy of Mortgage
10) Certified Limited Liability Company Resolutions to Obtain Credit
11) Assignment of Subcontracts
12) Assignment of Plans and Specifications
13) Assignment of Permits, Licenses and Approvals
14) Assignment of Construction Contracts
15) Conditional Assignment of Condominium Unit Sale Contracts, Condominium Documents, and Condominium Developer's Rights
16) Anti-Coercion Statement
17) Agreement Regarding Environmental Activity
18) UCC Financing Statement
19) Assignment of Accounts
20) Non-Foreign Affidavit
21) Copy of Chicago Title Insurance Company's Title Commitment

       This will confirm that pursuant to our conversation, Charles Christian will sign the Construction Loan Agreement and the Construction Loan Services Agreement (from Chicago Title in Miami) separately. However, we are sending all of these documents to your office for review rather than directly to Mr. Christian.

       Please let me know if there is anything further you require. We anticipate funding on December 5, 2007. Along with a copy of this letter, we will send our wiring instructions to Charles Christian. Thanks again for all of your help with this transaction.

                                                     Sincerely,

                                                     Joseph R. Shea, Esq.
                                                     Corporate Counsel

cc: C. Christian
    K. Ward



# verizon central

Hello kwward | Sign Out   Wed. Dec. 5   English | Español

SEARCH: the Web ● this Site ○ [          ] GO> powered by YAHOO! SEARCH    Advanced | SuperPages | Maps

VERIZON CENTRAL | E-MAIL & MORE | MY WEB SPACE | MY ACCOUNT | HELP | SHOP VERIZON    ♪ verizon surround

**E-Mail & More**      Read Message     — *Title Company*     Help

**Check My E-Mail**
Compose
Folders
Options
E-Mail Search

**From** Joe Shea <joe@crowleygroup.biz> Block Sender | Block Domain
**Date** 2007/12/05 Wed AM 10:13:13 EST
**To** kwward@verizon.net
**Subject** FW: closing statement and wiring instructions

**E-Mail Tools**
**Address Book**

[Reply] [Reply All] [Forward]     [Return to Inbox] [Previous] [Next]

[Delete] or move to  Move to folder ...  [Go]      [Printable View]

**Email Storage**
You are currently using:
[          ]
< 14% of your 250 MB limit.



Kevin - attached is a copy of another email I sent to Charles this morning. I don't know how many times this makes that we've sent him our wiring instructions, and closing statement, but I don't care as long as he gets the wire here.

He said that everything was in order regarding the information Steve Young was asking for a few days ago. He said that he would call back in a couple of hours. He would be talking to the institutional lender then, and he will confirm if the wire will come directly from them - or through Charles' office. It really doesn't matter to us - we'll recognize the wire amount regardless of where it comes from.

Joseph R. Shea
General Counsel
Re/Max Properties
2000 Webber Street
Sarasota, FL 34239
941-308-3493 phone
941-256-9987 fax
joe@crowleygroup.biz

-----Original Message-----
From: Joe Shea [mailto:joe@crowleygroup.biz]
Sent: Wednesday, December 05, 2007 10:02 AM
To: 'charleschristian@contributedmutual.com'
Subject: closing statement and wiring instructions

Charles - please forgive me if this is a duplication of what you have already received from Lesli McMillan at our title company, but I'd rather give you two of these than none!

The attachments should include the final closing statement which includes the attorneys' fees for Florida counsel and our wiring instructions.

I look forward to talking with you again later today. If I am not available in the office, my cell # is 941-780-5457.

Thanks again for all of your assistance with this transaction. Joe.

Joseph R. Shea
Attorney at Law
Properties Title, LLC
2000 Webber Street
Sarasota, FL 34239
941-308-3493 phone
941-256-9987 fax

Download Attachment HUD Settlement Statement for 07-2209.pdf

Download Attachment Wiring Inst.12.07doc.doc

[Delete] or move to Move to folder ... [Go]      [Printable View]

[Reply] [Reply All] [Forward]      [Return to Inbox] [Previous] [Next]

Verizon Central | E-Mail & More | Verizon Surround | My Web Space | My Account | Help | Shop Verizon

Verizon Online Privacy Statement | Copyright 2007 Verizon. All Rights Reserved.
Use of Verizon Online Internet access services and Web sites are subject to user compliance with our Policies and Terms of Service.

http://netmail.verizon.net/webmail/servlet/HttpNimletDriver?nimlet=ManageEmailDetailNimlet&request...    12/5/2007

Case 1:08-cv-01400    Document 6-9    Filed 03/18/2008    Page 6 of 6