# Exhibit J

December 10, 2007

SENT CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Charles Christian, President
Contributed Mutual Benefits Mortgage Services, Inc.
8655 East Via Del Ventura, Ste. G-200
Scottsdale, AZ  85258

    RE:    $10,000,000 Loan from Contributed Mutual Benefits Mortgage Services, Inc.
            (Lender) to K-5 Realty, LLC (Borrower)
            Loan No. TCPL-57331
            Our File No.  14467.35

Dear Mr. Christian:

    As I stated in my email to you of December 9, 2007, you set eight closing dates; K-5 Realty, LLC, has met all the conditions for closing; all of the documents your attorneys prepared have been executed by K-5 Realty, LLC; closing has not occurred.

    Pursuant to the terms of the committment letter, K-5 Realty, LLC, is demanding the return of its $600,000 deposit (CFC & CF) for failure of the Lender to perform.

                                        Very truly yours,

                                        Kevin W. Ward

cc:  Robert L. Moore, Esquire

7160 3901 9846 1683 3850

**US Postal Service**
**Certified Mail Receipt**
*Domestic Mail Only; No Insurance Coverage Provided*

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $ 5.21

Sent To: Charles Christian, President
Contributed Mutual Benefits
Mortgage Services, Inc.
8655 East Via Del Ventura, Ste. G-200
Scottsdale, AZ 85258

PS Form 3800, January 2005        US Postal Service

RLM/lmg  File No. 14467.35    Certi

US POSTAGE HASLER
$0.009
12/11/2007
Mailed From 34285
017H1552067I

**From** Lisa <lisa@kmdpa.com>
**Date** 2007/12/10 Mon PM 12:16:40 EST
**To** charleschristian@contributedmutual.com
**CC** kwward@verizon.net
**Subject** FW: K-5 Realty LLC

Dear Mr. Christian:

Pursuant to Mr. Ward's request, attached please find a letter from him.

Lisa M. Guttman, CP
Certified Paralegal for
Kanetsky, Moore & DeBoer, P.A.
P.O. Box 1767
Venice, FL 34284-1767
ph. 941-485-1571
fax: 941-484-7226

PRIVILEGED AND CONFIDENTIAL COMMUNICATION:

The information contained in this transmission is attorney/client privileged and/or attorney work product. If you are not the addressee or authorized by the addressee to receive this message, you shall not review, disclose, copy, distribute or otherwise use this message (including attachments). If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy the message (including attachments) and all copies. Thank you.


-----Original Message-----
From: kwward@verizon.net [mailto:kwward@verizon.net]
Sent: Sunday, December 09, 2007 1:44 PM
To: charleschristian@contributedmutual.com
Cc: Bob Moore; gdward1@earthlink.net
Subject: K-5 Realty LLC


Charles,

PLEASE SEE THE ATTACHED LETTER

Kevin W. Ward


Download Attachment charles 12-9 refund.doc