# Exhibit M

Michael R. King #005903
**GAMMAGE & BURNHAM**
A Professional Limited Liability Company
Attorneys at Law
Two North Central Avenue
18th Floor
Phoenix, AZ 85004
Telephone (602) 256-0566
Facsimile (606) 256-4475
Email: mking@gblaw.com

Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
RECEIVED F C LOBBY
DOCUMENT DEPOSITORY
2008 JAN 16 PM 4: 23

FILED
BY _____, DEP

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| SICKELS BFI HOLDING COMPANY, INC., DONALD L. SICKELS, and DAWNETTE PEPPLER, <br><br> Plaintiffs, <br><br> vs. <br><br> CMB MORTGAGE SERVICES, INC., and CHARLES CHRISTIAN, <br><br> Defendants. | NO. CV 2004-007498 <br><br> **SATISFACTION OF JUDGMENT** |

Judgment was entered in the Superior Court of Maricopa County on April 22, 2004 against Defendants CMB Mortgage Services, Inc. and Charles Christian. Plaintiffs acknowledge satisfaction of the Judgment and release of the Judgment Lien.

The Judgment was recorded in the following counties at the below-listed pages of the respective recorders' dockets:

| COUNTY | DATE | DOCKET NO. |
|---|---|---|
| Maricopa | 5/14/04 | 2004-0537829 |

352845v1                                                                                        4/10/2007

DATED this 16th day of January 2008.

GAMMAGE & BURNHAM P.L.C.

By /s/ Michael R. King
Michael R. King
Two N. Central Avenue, 18th Floor
Phoenix, Arizona 85004
Attorneys for Plaintiffs

STATE OF ARIZONA )
                 ) ss.
County of Maricopa )

This instrument was acknowledged before me this date: January 16, 2008 by the person above subscribed; and if subscribed in a representative capacity, then for the principal named in the capacity indicated. In witness whereof, I hereunto set my hand and official seal.

JACKIE BENTON
Notary Public - Arizona
Maricopa County
Expires 01/14/2012

/s/ Jackie Benton
Notary Public

(Notary Seal)

Copy of the foregoing mailed this 16th day of January 2008 to:

Charles Christian
CMB Mortgage Services, Inc.
23505 North 77th Place
Scottsdale, Arizona 85255

Doug Allsworth
Kutak Rock LLP
8601 North Scottsdale Road, Ste. 300
Scottsdale, Arizona 85253-2742
Attorney for Defendants

352845v1                               2                              4/10/2007

| | |
|---|---|
| 1 | Bryan Eastin |
|   | Platt & Westby, PC |
| 2 | 2916 N. Seventh Ave., Suite 100 |
|   | Phoenix, Arizona 85013 |
| 3 | |
| 4 | */s/ Jackie Benton* |
| 5 | |