# Exhibit P



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

# CORPORATION FILE DETAIL REPORT

| Entity Name | CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC. | File Number | 63762547 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 08/27/2004 | State | ILLINOIS |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 08/27/2004 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | CHARLES CHRISTIAN 8655 E VIADE VENTURA SCOTTSDALE AZ 85258 |
| Agent City | SPRINGFIELD | Secretary Name & Address | MIGUEL VIEYRA 8655 E VIA DE VENTURA SCOTTSDALE AZ 85258 |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 10/03/2007 | For Year | 2007 |

Return to the Search Screen    Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE