IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K-5 REALTY, LLC, a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually,<br><br>    Defendants. | Case No.: 08 CV 1400<br><br>Honorable Judge Charles R. Norgle<br><br>Magistrate Judge Brown<br><br>JURY DEMAND |

## NOTICE OF MOTION

To:    Charles Christian,                            Charles Christian, individually
      as President on behalf of                 8655 E. Via Del Ventura, Suite G-200
      Contributed Mutual Benefits           Scottsdale, AZ 85258
      Mortgage Services, Inc.
      8655 E. Via Del Ventura, Suite G-200
      Scottsdale, AZ 85258

PLEASE TAKE NOTICE that on the 21st day of March, 2008 at 10:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Charles R. Norgle or any Judge sitting in his stead, in room 2341 of the Dirksen Federal Building, and there and there present **Motion for Prejudgment Attachment Order, Preliminary Injunction, Accelerated Discover, or Other Relief,** a copy of which is hereby served upon you, and proceed with a hearing, *instanter* thereon

                                                                                     Respectfully submitted,

                                                                                      K-5 REALTY, LLC, a Florida limited liability
                                                                                       company, Plaintiff

Gregg I. Minkow                                      By:  s/ Gregg I. Minkow
Laurie S. Randolph                                           One of its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

                                                                                                                                                                                             6296583v1 886125