IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K-5 REALTY, LLC, a Florida corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 C 1400 |
| v. ) | |
| ) | Honorable Judge Charles R. Norgle |
| CONTRIBUTED MUTUAL BENEFITS ) | |
| MORTGAGE SERVICES, INC., an Illinois ) | Magistrate Judge Brown |
| corporation, and CHARLES CHRISTIAN, ) | |
| individually, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Charles Christian,                                  Charles Christian, individually
    as President on behalf of                           8655 E. Via Del Ventura, Suite G-200
    Contributed Mutual Benefits                        Scottsdale, AZ 85258
    Mortgage Services, Inc.
    8655 E. Via Del Ventura, Suite G-200
    Scottsdale, AZ 85258

PLEASE TAKE NOTICE that on the 21st day of March, 2008 at 10:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Charles R. Norgle or any Judge sitting in his stead, in room 2341 of the Dirksen Federal Building, and there and there present **Motion to Determine Whether to File Exhibits Under Seal,** a copy of which is hereby served upon you, and proceed with a hearing, *instanter* thereon

                                                        Respectfully submitted,

                                                        K-5 REALTY, LLC, a Florida limited liability
                                                        company, Plaintiff

Gregg I. Minkow                                         By:  s/ Gregg I. Minkow
Laurie S. Randolph                                               One of its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

6297749v1 886125