IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 C 1400 |
| v. | ) ) | Honorable Judge Charles R. Norgle |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | ) ) ) ) ) | Magistrate Judge Brown  JURY DEMAND |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   Charles Christian,                    Charles Christian, individually
      as President on behalf of             8655 E. Via Del Ventura, Suite G-200
      Contributed Mutual Benefits           Scottsdale, AZ 85258
      Mortgage Services, Inc.
      8655 E. Via Del Ventura, Suite G-200
      Scottsdale, AZ 85258

PLEASE TAKE NOTICE that on the 19th day of March, 2008, at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Charles R. Norgle or any Judge sitting in his stead, in Room 2341 of the Dirksen Federal Building, and there and there present Plaintiff's **Emergency Motion To Correct Mistaken Unredacted Filing Under Federal Rule Of Civil Procedure 5.2,** a copy of which is hereby served upon you, and proceed with a hearing *instanter* thereon.

Respectfully submitted,

K-5 REALTY, LLC, a Florida limited liability company, Plaintiff

By: s/ Gregg I. Minkow
    One of its Attorneys

Gregg I. Minkow
Laurie S. Randolph
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

6298406v1 886125

## CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2008, I will have electronically filed Plaintiff's **Notice of Motion** for **Emergency Motion To Correct Mistaken Unredacted Filing Under Federal Rule Of Civil Procedure 5.2** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system. Notification of such filings(s) was sent via electronic mail on March 18, 2008 to the following:

    Charles Christian, as President on behalf of
    Contributed Mutual Benefits Mortgage Services, Inc.
    8655 E. Via Del Ventura, Suite G-200
    Scottsdale, AZ 85258

    Charles Christian, individually
    8655 E. Via Del Ventura, Suite G-200
    Scottsdale, AZ 85258

                                  K-5 Realty, LLC, Plaintiff

                              By: s/ Gregg I. Minkow
                                        One of its Attorneys

Gregg I. Minkow
Laurie S. Randolph
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com