**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 C 1400 |
| v. | ) ) | Honorable Judge Charles R. Norgle |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | ) ) ) ) ) | Magistrate Judge Brown  JURY DEMAND |
| Defendants. | ) ) | |

**REDACTED EXHIBIT E TO PLAINTIFF'S MOTION FOR**
**PREJUDGMENT ATTACHMENT ORDER, PRELIMINARY INJUNCTION,**
**ACCELERATED DISCOVERY, OR OTHER RELIEF PURSUANT TO FRCP 5.2**

# EXHIBIT E



[2] Security features included. Details on back.

*Cashiers Check*                                          081435

Date:  6/21/07

Branch:     2403                                          $600,000.00

THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED
BEFORE ANY OFFICIAL CHECK OF THIS BANK WILL BE REPLACED
OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

REMITTER    K-5 REALTY

**PAY**
**TO THE**
**ORDER OF**   **CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES INC.**

EXACTLY **600,000 AND 00/100 DOLLARS

⑆1435⑆ ⑆341⑆ 000⑈

---

*Cashiers Check*                                          081435

**RIVERSIDE BANK**
OF THE GULF COAST
621 DEL PRADO BLVD.
CAPE CORAL, FLORIDA 33990

BRANCH:              2403
ORIGINATOR:          BECKONL
TIME:                10:52:06
CK AMT:              $600,000.00
FEE AMT:

THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED
BEFORE ANY OFFICIAL CHECK OF THIS BANK WILL BE REPLACED
OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

DATE:   6/21/07

REMITTER:   K-5 REALTY

TO:     **CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC.** $600,000.00

NON-NEGOTIABLE



Send your wire transfer as follows:

## WIRING INSTRUCTIONS

TO:                         HOME NATIONAL BANK
                            7615 E. Pinnacle Peak Road
                            Scottsdale, Arizona  85255


ROUTING NO.            ████2041

Account Name:           Contributed Mutual Benefits
                        Mortgage Services, Inc.

ACCOUNT NO.           ████9172