IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | ) ) ) |
| Plaintiff, | ) ) Case No.: 08 C 1400 |
| v. | ) ) Honorable Judge Charles R. Norgle ) |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | ) Magistrate Judge Brown ) ) JURY DEMAND ) ) |
| Defendants. | ) ) |

**REDACTED EXHIBIT F TO PLAINTIFF'S MOTION FOR PREJUDGMENT ATTACHMENT ORDER, PRELIMINARY INJUNCTION, ACCELERATED DISCOVERY, OR OTHER RELIEF PURSUANT TO FRCP 5.2**

# EXHIBIT F





**Read Message**

**From** kwward@verizon.net Block Sender | Block Domain
**Date** 2007/11/04 Sun PM 08:27:35 EST
**To** charleschristian@contributedmutual.com
**CC** rlm@kmdpa.com Block Sender | Block Domain
**BCC** elaine@suncoast-architect.com Block Sender | Block Domain, gdward1@earthlink.net Block Sender | Block Domain, wardkai@aol.com Block Sender | Block Domain
**Subject** K-5 Realty LLC, documents

charles,
it is sunday nite 8:22pm est
there are no documents on my e-mail, my fax and nothing arrived at my office on sat or sun.
if i do not have doc's by close of business on monday and funding by weds i think i might have to start looking elsewhere.
if i make that call i expect an immediate return of my funds that you have been holding since june/2007.
you have placed me in an unbelivable set of conditions with all the delays, i am out of time
i expect a call on monday 11-5-07 form you with an answer to my problems
thanks
kevin w. ward



 Verizon Central | E-Mail & More | Verizon Surround | My Web Space | My Account | Help | Shop Verizon

Verizon Online Privacy Statement | Copyright 2007 Verizon. All Rights Reserved..
Use of Verizon Online Internet access services and Web sites are subject to user compliance with our Policies and Terms of Service..

http://netmail.verizon.net/webmail/servlet/HttpNimletDriver?nimlet=ManageEmailDetailNimlet&reques...    11/22/2007








Find your old high school
City ▼ | State ▼ | Search

Hello kwward | Sign Out    Tue. Nov. 13    English | Español

**verizon central**

SEARCH: the Web ● this Site ○ [        ] GO >    YAHOO! SEARCH    Advanced | SuperPages | Maps

VERIZON CENTRAL | E-MAIL & MORE | MY WEB SPACE | MY ACCOUNT | HELP | SHOP VERIZON    verizon surround

**E-Mail & More**    Read Message    Help

**Check My E-Mail**
Compose
Folders
Options
E-Mail Search

**From** kwward@verizon.net Block Sender | Block Domain
**Date** 2007/11/13 Tue AM 08:01:58 EST
**To** charleschristian@contributedmutual.com
**Subject** K-5 Realty LLC, documents

**E-Mail Tools**
**Address Book**

[Reply] [Reply All] [Forward]       [Return to Inbox] [Previous] [Next]

[Delete] or move to  Move to folder ... [Go]       [Printable View]

Charles you failed to call me yesterday again.
you have placed me in default with my current mortgage and i have told you this on many occasions.
i would like to assume that forwarded the check for $100,000 to me and i will be receiving that check today so i can cure the default and pay the taxes.
if you have not and continue to delay the closing date, then i think we might have terminate this relationship for your lack of performance. i have a commitment letter stating august 30, 2007 as the closing date, it is now November 13, 2007. i can not continue like this and the bank will not continue either
kevin w. ward

**Email Storage**
You are currently using:
[        ]
< 10% of your 250 MB limit.

[Delete] or move to  Move to folder ... [Go]       [Printable View]

[Reply] [Reply All] [Forward]       [Return to Inbox] [Previous] [Next]



Charles,
it is 8:15pm est and i do not have the documents.
kevin




Verizon Central | E-Mail & More | Verizon Surround | My Web Space | My Account | Help | Shop Verizon

Verizon Online Privacy Statement | Copyright 2007 Verizon. All Rights Reserved..
Use of Verizon Online Internet access services and Web sites are subject to user compliance with our Policies and Terms of Service..



# verizon central

Hello kwward | Sign Out    Thu. Nov. 22    English | Español

SEARCH: the Web ◉  this Site ○  [_____] GO >  YAHOO! SEARCH    Advanced | SuperPages | Maps

VERIZON CENTRAL | E-MAIL & MORE | MY WEB SPACE | MY ACCOUNT | HELP | SHOP VERIZON    verizon surround

**E-Mail & More**     Read Message                                                              Help

**Check My E-Mail**
Compose
Folders
Options
E-Mail Search

**E-Mail Tools**
**Address Book**

From  kwward@verizon.net Block Sender | Block Domain
Date  2007/11/22 Thu AM 10:47:14 EST
To    charleschristian@contributedmutual.com
CC    rlm@kmdpa.com Block Sender | Block Domain
Subject K-5 Realty LLC

[Reply] [Reply All] [Forward]                       [Return to Inbox] [Previous] [Next]

[Delete] or move to  Move to folder ... [Go]                           [Printable View]

**Email Storage**
You are currently using:
[____]
< 14% of your 250 MB limit.

Charles,

well you have done it again, here it is thanksgivings day and again you have failed to diliver on your promise, i have no documents for our closing.
we both were on the phone last Friday(11-9-07) with your lawyer and finished all the open questions and agreed that there was nothing left as an open issue. you promised completed documents on 11-15-07, nothing.
you call to tell me "documents on Friday 11-16-07" and change the closing date to 11-28 from 11-27. i agreed to the change and waited for the documents, nothing.
we spoke Monday 11-19 Tuesday 11-20 and Wednesday 11-21 and you had excuses for every day and every day you promised me a closing and documents, it is now Thursday 11-22 and no documents.
you have fooled me long enough Charles, as we say in the business
"shit or get off the pot"
kevin w. ward

[Delete] or move to  Move to folder ... [Go]                           [Printable View]

[Reply] [Reply All] [Forward]                       [Return to Inbox] [Previous] [Next]



 Verizon Central | E-Mail & More | Verizon Surround | My Web Space | My Account | Help | Shop Verizon

Verizon Online Privacy Statement | Copyright 2007 Verizon. All Rights Reserved..
Use of Verizon Online Internet access services and Web sites are subject to user compliance with our Policies and Terms of Service..

   



Hello kwward | Sign Out    Thu. Nov. 22    English | Español

**SEARCH:** the Web ◉  this Site ○    [   ] [GO >]  powered by YAHOO! SEARCH    Advanced | SuperPages | Maps

VERIZON CENTRAL | E-MAIL & MORE | MY WEB SPACE | MY ACCOUNT | HELP | SHOP VERIZON    verizon surround

### E-Mail & More
### Read Message
Help

**Check My E-Mail**
Compose
Folders
Options
E-Mail Search

**From** kwward@verizon.net Block Sender | Block Domain
**Date** 2007/11/20 Tue PM 09:01:19 EST
**To** charleschristian@contributedmutual.com
**Subject** K-5 Realty LLC, documents

**E-Mail Tools**
**Address Book**

[Reply] [Reply All] [Forward]                               [Return to Inbox] [Previous] [Next]

[Delete] or move to  Move to folder ...  [Go]                                  [Printable View]

Charles,

it is 9pm est on tues 11-20 and again i have not received the closing documents.
i truly do not know what to do with you and this transaction.
i think that you are not able to produce on your commitment and that you have been jerking me around and have placed me in a terrible position and put me in default on my existing mortgage.
i will give you until tomorrow to fulfill you commitment, after that i belive that i am in a lot of trouble.
kevin w. ward

**Email Storage**
You are currently using:
[    ]
< 14% of your 250 MB limit.

[Delete] or move to  Move to folder ...  [Go]                                  [Printable View]

[Reply] [Reply All] [Forward]                               [Return to Inbox] [Previous] [Next]




Verizon Central | E-Mail & More | Verizon Surround | My Web Space | My Account | Help | Shop Verizon

Verizon Online Privacy Statement | Copyright 2007 Verizon. All Rights Reserved..
Use of Verizon Online Internet access services and Web sites are subject to user compliance with our Policies and Terms of Service..

**K-5 Realty LLC**
1435 East Venice Avenue
Suite 226
Venice, FL 34292
Ph: 941-223-5318
Fax: 941-918-2919
Email: kwward@verizon.net

Faxed
11/24/07
11:30 AM

11-24-07

Charlie

Congrats, my bank has not only call me in default, they have now called the loan in TOTAL. This because you could not deliver.

Kevin

## Loan Statement

COMMUNITY NATIONAL BANK OF SARASOTA
LOAN DEPARTMENT
201 CENTER ROAD
VENICE, FL 34285

Please Present Or Mail A Copy Of This Notice To The Appropriate Loan Department When Making Arrangements In Regard To Your Note.

K-5 REALTY LLC
1435 E VENICE AVE SUITE 226
VENICE FL 34292

EWR

0001
R1

We hold your note as indicated.

| Account No. | Note No. | Rate | Original Amount | Maturity Date |
|---|---|---|---|---|
| 3257 | 01M | 7.500000 | $1,497,000.00 | 11-20-07 FRG |

FINAL PAYMENT       $1,497,000.00
INTEREST               $57,385.00
LATE CHARGES DUE          $100.00

TOTAL DUE ON 11-20-07   $1,554,485.00

BILL DATE    CURRENT BALANCE
11-09-07     $1,497,000.00

200-652 (7/86)

**K-5 Realty LLC**
1435 East Venice Avenue
Suite 226
Venice, FL 34292
Ph: 941-223-5318
Fax: 941-918-2919
Email: kwward@verizon.net

11/26/07

Charles,

Since you seem to respond to faxes and not E-mails, I am faxing you copies of a few of the E-mail's that I have sent you the past 2 weeks.

I still have no closing documents and we close on weds 11/28. Have you told the title company to do there work for the 11/28 closing ???

KWW

Faxed 11/26
9:10 AM

Email Detail



Email Detail





SHE MARRIED HIM??!!
AND THEYVE GOT 7 KIDS??
classmates.com



Find Your Old School Here

verizon central
Advanced | SuperPages | Maps
verizon surround

YAHOO! SEARCH

-- City --   -- State --   Search

SEARCH: the Web ○ this Site

Hello kwward | Sign Out    Thu. Nov. 22    English | Español

MY VERIZON | MY SPACE | MY ACCOUNT | HELP | SHOP VERIZON

E-Mail & More

**Read Message**                                              Help

Check My E-Mail
Compose
Folders
Options
E-Mail Search

From  kwward@verizon.net  Block Sender | Block Domain
Date  2007/11/20 Tue PM 09:01:19 EST
To    charleschristian@contributedmutual.com
Subject K-5 Realty LLC, documents

E-Mail Tools
Address Book

[Reply] [Reply All] [Forward]
[Delete]  or move to  Move to folder...  [Go]     [Return to Inbox]   [Previous] [Next]
                                                                       [Printable View]

Charles,

it is 9pm est on tues 11-20 and again i have not received the closing documents.
i truly do not know what to do with you and this transaction.
i think that you are not able to produce on your commitment and that you have been jerking me around and have placed me in a terrible position and put me in default on my existing mortgage.
i will give you until tomorrow to fulfill you commitment, after that i belive that i am in a lot of trouble.
kevin w. ward

Email Storage
You are currently using:
[< 14% of your 250 MB limit.]

[Delete]  or move to  Move to folder...  [Go]
[Reply] [Reply All] [Forward]                                          [Return to Inbox]   [Previous] [Next]
                                                                       [Printable View]

Page 1

Email Detail



E-Mail & More

Read Message

From  kwward@verizon.net Block Sender | Block Domain
Date  2007/11/22 Thu AM 10:47:14 EST
To    charleschristian@contributedmutual.com
CC    rtm@kmdpa.com Block Sender | Block Domain
Subject K-5 Realty LLC

[Reply] [Reply All] [Forward]
[Delete] or move to Move to folder... [Go]

Charles,

well you have done it again, here it is thanksgivings day and again you have failed to diliver on your promise. i have no documents for our closing.
we both were on the phone last Friday(11-9-07) with your lawyer and finished all the open questions and agreed that there was nothing left as an open issue. you promised completed documents on 11-15-07, nothing.
you call to tell me "documents on Friday 11-16-07" and change the closing date to 11-28 from 11-27. i agreed to the change and waited for the documents, nothing.
we spoke Monday 11-19 Tuesday 11-20 and Wednesday 11-21 and you had excuses for every day and every day you promised me a closing and documents, it is now Thursday 11-22 and no documents.
you have fooled me long enough Charles, as we say in the business
"shit or get off the pot"
kevin w. ward