IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | |
| Plaintiff, | Case No.: 08 C 1400 |
| v. | Honorable Judge Charles R. Norgle |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | Magistrate Judge Brown |
| | JURY DEMAND |
| Defendants. | |

**CORRECTED PROOF OF SERVICE**

To:  Charles Christian,                             Charles Christian, individually
     as President on behalf of                      8655 E. Via Del Ventura, Suite G-200
     Contributed Mutual Benefits                    Scottsdale, AZ 85258
     Mortgage Services, Inc.
     8655 E. Via Del Ventura, Suite G-200
     Scottsdale, AZ 85258

I hereby certify that Plaintiff's **Motion for Prejudgment Attachment Order, Preliminary Injunction, Accelerated Discovery, or Other Relief, Motion to Determine Whether to File Exhibits Under Seal** and **Notices of Motion** pertaining to the foregoing were served upon the above mentioned persons at the above-mentioned addresses via electronic mail on March 18, 2008 at 3:38 p.m. and 3:46 p.m. Central Time respectively directed to charleschristian@contributedmutual.com and charleschristian767@msn.com; UPS overnight delivery deposited with the courier on March 18, 2008 and delivered on March 19, 2008; and by hand delivery to the Registered Agent for Defendant Contributed Mutual Benefits Mortgage Services, Inc. at 801 Adali Stevenson Drive, Springfield, IL 62703 before 4:00 p.m. on March 19, 2008.

Gregg I. Minkow                                     K-5 REALTY, LLC, a Florida limited liability
Laurie S. Randolph                                  company, Plaintiff
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601                                   By:  s/ Gregg I. Minkow
312-704-3000                                             One of its Attorneys
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

6299551v1 886125