AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

K-5 REALTY, LLC, a Florida limited liability
company,

## 08 C 1400
### SUMMONS IN A CIVIL CASE

Plaintiff,

V.

CONTRIBUTED MUTUAL BENEFITS
MORTGAGE SERVICES, INC., an Illinois
corporation, and CHARLES CHRISTIAN,
individually,

CASE NUMBER:

ASSIGNED JUDGE:

Defendants.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Contributed Mutual Benefits Mortgage Services, Inc.
c/o Mr. Charles Christian, President
8655 E. Via Del Ventura, Suite G200
Scottsdale, AZ 85258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service

**Michael W. Dobbins, Clerk**

_(By) DEPUTY CLERK_

**March 10, 2008**

**Date**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/10/2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael Vera | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

   Charles Christian as President of Contributed Mutual Benefits Mortgage Services, Inc.
   at 8655 E Via De Ventura #G-200 Scottsdale, AZ 85258

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | ~~$0.00~~ 75.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____3/11/2008_____
                        Date

Signature of Server

Arizona Quick Serve
9393 N. 90th St. Ste 121
Scottsdale, AZ 85258

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

K-5 REALTY, LLC, a Florida limited liability
company,

**08 C 1400**

**SUMMONS IN A CIVIL CASE**

Plaintiff,

V.

CONTRIBUTED MUTUAL BENEFITS
MORTGAGE SERVICES, INC., an Illinois
corporation, and CHARLES CHRISTIAN,
individually,

CASE NUMBER:

ASSIGNED JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE BROWN**

Defendants.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mr. Charles Christian, individually
8655 E. Via Del Ventura, Suite G200
Scottsdale, AZ 85258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**March 10, 2008**

**Date**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3/10/2008 | |
|---|---|---|
| NAME OF SERVER *(PRINT)* Michael Vera | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    8655 E Via De Ventura #G-200
    Scottsdale, AZ 85258

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00  75.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/11/2008
          Date

                         *Signature of Server*

                         Arizona Quick Serve
                         9393 N. 90th St. Ste 121
                         Scottsdale, AZ 85258

                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.