**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

K−5 Realty, LLC

                    Plaintiff,

v.                                                                                Case No.: 1:08−cv−01400
                                                                                  Honorable Charles R. Norgle Sr.

Contributed Mutual Benefits Mortgage Services, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2008:

      MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Motion hearing held on 3/21/2008. Plaitiff is granted leave to file an amended complaint. Hearing on motions is entered and continued to 3/28/2008 at 10:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.