# Exhibit D

December 10, 2007

SENT CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Charles Christian, President
Contributed Mutual Benefits Mortgage Services, Inc.
8655 East Via Del Ventura, Ste. G-200
Scottsdale, AZ 85258

   RE: $10,000,000 Loan from Contributed Mutual Benefits Mortgage Services, Inc.
     (Lender) to K-5 Realty, LLC (Borrower)
     Loan No. TCPL-57331
     Our File No. 14467.35

Dear Mr. Christian:

  As I stated in my email to you of December 9, 2007, you set eight closing dates; K-5 Realty, LLC, has met all the conditions for closing; all of the documents your attorneys prepared have been executed by K-5 Realty, LLC; closing has not occurred.

  Pursuant to the terms of the committment letter, K-5 Realty, LLC, is demanding the return of its $600,000 deposit (CFC & CF) for failure of the Lender to perform.

                Very truly yours,

                Kevin W. Ward

cc: Robert L. Moore, Esquire