# Exhibit F

# HINSHAW
& CULBERTSON LLP

ATTORNEYS AT LAW

222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

March 10, 2008

**VIA FACSIMILE, REGULAR MAIL,**
**UPS OVERNIGHT & CERTIFIED MAIL-RETURN RECEIPT**

Mr. Charles Christian,
as President on behalf of
Contributed Mutual Benefits Mortgage
Services, Inc.
8655 E. Via Del Ventura, Suite G-200
Scottsdale, AZ 85258

Mr. Charles Christian, individually
8655 E. Via Del Ventura, Suite G-200
Scottsdale, AZ 85258

> Re: Demand for Treble Damages in Connection with Theft of Commitment Fee, Costs, and Closing Fee paid by K-5 Realty, LLC

Dear Mr. Christian:

We are writing on behalf of our client, K-5 Realty, LLC ("K-5").

Pursuant to Florida Statutes Annotated §772.11 and §812.014, K-5 demands that you and/or Contributed Mutual Benefits Mortgage Services, Inc. ("Contributed") pay to K-5, within thirty (30) days after your receipt of this letter, the total sum of $1,800,000.00. This sum represents treble damages for the theft by you and Contributed of a $600,000.00 CFC&CF payment which you were required to refund under the terms of a certain Commitment Letter, and the associated Fee and Costs Letter and Summary of Terms and Conditions signed in June 2007 pertaining to the proposed Kymberly's Court development in Florida,.

The $600,000.00 CFC&CF was previously referenced in the letter of December 10, 2007 from Kevin Ward of K-5, and the letter of January 23, 2008 from Robert Moore, the Florida attorney representing K-5, revoking the agreements, mortgages, and other documents previously signed in connection with the proposed closing of the loan arrangement referred to in the Commitment Letter, Fee and Costs Letter, and Summary of Terms and Conditions, and demanding the return of the CFC&CF payment in accordance therewith.

Mr. Charles Christian
March 10, 2008
Page 2

    Please call me with any questions. If you are represented by an attorney in this matter, please have that attorney call me instead.

Very truly yours,

HINSHAW & CULBERTSON LLP

Gregg I. Minkow
312-704-3955
gminkow@hinshawlaw.com

GIM/nmb

cc:    Kevin Ward
       Robert Moore