IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 – CV – 1400 |
| v. | ) ) | Honorable Judge Charles Norgle |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | ) ) ) ) ) | Magistrate Judge Brown

JURY DEMANDED |
| Defendants. | ) ) | |

## SUPPLEMENTAL AFFIDAVIT OF KEVIN WARD

The undersigned, Kevin Ward, having been duly sworn upon oath, states as follows:

1.     I am the Managing Member of K-5 Realty, LLC ("K-5 Realty"), with offices at 1435 East Venice Avenue, Suite 226, Venice, Florida 34292. I have held that position since prior to January 1, 2007.

2.     K-5 is a limited liability company organized under the laws of the State of Florida, engaged in the business of developing and building real estate. Its principal place of business is, and has been since prior to January 1, 2007, 1435 East Venice Avenue, Venice, Florida, 34292.

3.     K-5 has no offices or property located in the State of Illinois, and has never had any offices or property in Illinois.

4.     The sole members and sole owners of K-5 Realty since March 7, 2005 have been me and my father, George Ward. A copy of K-5 Realty's Articles of Amendment to Articles of Organization which so indicates is attached hereto as Ex. A.

5.    I reside at 165 Sugar Mill Drive, Osprey, Florida, 34229, and have resided there continuously since prior to January 1, 2007. I have resided in the State of Florida since November, 2005. I intend to reside there indefinitely.

6.    My father has resided in the State of Florida for approximately 20 years and has stated to me his intention to reside there indefinitely. He presently resides at 440 Palmetto Court, Venice, Florida, 34285, and has resided there continuously since prior to March 7, 2005.

7.    Charles Christian ("Christian") represented to me when I first spoke with him prior to June, 2007 that the principal offices of Contributed Mutual Benefit Mortgage Services, Inc. ("Contributed Mutual") were located at 8655 E. Via del Ventura, Suite G-200, Scottsdale, Arizona, 85258. He told me that I should send all correspondence there in connection with K-5 Realty's dealings with Contributed Mutual.

8.    Christian also told me at that time that he and his wife resided in Scottsdale, Arizona and were raising his 12-year-old daughter there.

8.    Except as stated otherwise above, Affiant has personal knowledge that the foregoing statements are true.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kevin W. Ward

SUBSCRIBED and SWORN to

before me this 25ᵗʰ day of March, 2008.

_____
Notary Public
SHARON B. JOHNSON



Notary Public State of Florida
Sharon B Johnson
My Commission DD667312
Expires 04/25/2011

2

Gregg I. Minkow
Laurie S. Randolph
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No.: 6181058
E-mail: gminkow@hinshawlaw.com
E-mail: lrandolph@hinshawlaw.com