# Exhibit A

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

K-5 REALTY, LLC
_____
(Present Name)
(A Florida Limited Liability Company)

**FIRST:** The Articles of Organization were filed on 04/26/2004 and assigned document number L04000031795.

**SECOND:** The following amendment(s) to the Articles of Organization was/were adopted by the limited liability company:

Article IV is hereby revoked in its entirety and a new Article with the same number is substituted in lieu thereof which Article shall read as follows:

ARTICLE IV - Manager(s) or Managing Member(s):

Title:
"MGR"=Manager
"MGRM"=Managing Member

| MGRM | MGR |
|---|---|
| Name and Address: | Name and Address: |
| Kevin W. Ward<br>5 River Road<br>Suite 330<br>Wilton, CT 0687-4097 | George W. Ward<br>440 Palmetto Ct.<br>Venice, FL 34285 |

Dated MARCH 7, 2005.

_____
Signature of a member or authorized representative of a member

~~George W. Ward~~ Kevin W. Ward
_____
Typed or printed name of signee

Filing Fee: $25.00

FILED
05 MAR 23 AM 11:16
TALLAHASSEE, FLORIDA

**L0400 0031795**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____  Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000048817360

03/23/08--01024--001  *#25.00

FILED