IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 C 1400 |
| v. | ) ) | Honorable Judge Charles R. Norgle |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | ) ) ) ) ) ) | Magistrate Judge Brown  JURY DEMAND |
| Defendants. | ) ) | |

## NOTICE OF FILING

To:  Charles Christian,                                  Charles Christian, individually
     as President on behalf of                           8655 E. Via Del Ventura, Suite G-200
     Contributed Mutual Benefits                         Scottsdale, AZ 85258
     Mortgage Services, Inc.
     8655 E. Via Del Ventura, Suite G-200
     Scottsdale, AZ 85258

PLEASE TAKE NOTICE that on March 25, 2008, I hereby certify that I electronically filed Plaintiff's **Supplemental Affidavit of Kevin Ward** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system. Notification of such filings(s) was sent via UPS overnight delivery and electronic mail to the above mentioned person(s) at the above mentioned address(es) on March 25, 2008.

                                                         K-5 REALTY, LLC, a Florida limited liability
                                                         company, Plaintiff

Gregg I. Minkow                              By:  s/ Gregg I. Minkow
Laurie S. Randolph                                       One of its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

6300624v1 886125