IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | ) ) ) |
| Plaintiff, | ) Case No.: 08 C 1400 ) |
| v. | ) Honorable Judge Charles R. Norgle ) |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | ) Magistrate Judge Brown ) ) JURY DEMAND ) ) |
| Defendants. | ) ) |

# EXHIBIT A

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

K-5 REALTY, LLC
_____
(Present Name)
(A Florida Limited Liability Company)

FIRST: The Articles of Organization were filed on 04/26/2004 and assigned document number L04000031795.

SECOND: The following amendment(s) to the Articles of Organization was/were adopted by the limited liability company:

Article IV is hereby revoked in its entirety and a new Article with the same number is substituted in lieu thereof which Article shall read as follows:

ARTICLE IV - Manager(s) or Managing Member(s):

Title:
"MGR"=Manager
"MGRM"=Managing Member

| MGRM | MGR |
|---|---|
| Name and Address: | Name and Address: |
| Kevin W. Ward<br>5 River Road<br>Suite 330<br>Wilton, CT 0687-4097 | George W. Ward<br>440 Palmetto Ct.<br>Venice, FL 34285 |

Dated MARCH 7, 2005.

_____
Signature of a member or authorized representative of a member

~~George W. Ward~~ Kevin W. Ward
_____
Typed or printed name of signee

Filing Fee: $25.00

L04000031795

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____ Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000048817360

03/23/05--01024--001 *25.00

FILED