## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1400 | **DATE** | 3/19/2008 |
| **CASE TITLE** | K-5 Realty, LLC vs. Contributed Mutual Benefits | | |

**DOCKET ENTRY TEXT**

Emergency Motion to Correct Mistaken Unredacted Filing is granted. The Clerk of Court shall place under seal Exhibits E, F, and N of the Plaintiff's Motion for Prejudgment Attachment Order, Preliminary Injunction, Accelerated Discovery, or Other Relief filed on March 18, 2008. The Clerk shall replace these Exhibits with partially redacted Exhibits to be supplied by the Plaintiff.

*Charles Norgle* (signature)

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|