Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1400 | DATE | 3/28/2008 |
| CASE TITLE | K-5 REALTY, LLC vs. CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Status hearing set for April 18, 2008 at 10:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|