**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| K-5 REALTY, a Florida limited liability company, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  08-CV-1400 |
| ) | |
| CONTRIBUTED MUTUAL BENEFITS ) | Judge Charles Norgle |
| MORTGAGE SERVICES, INC. an Illinois ) | Magistrate Judge Brown |
| corporation, and CHARLES CHRISTIAN, ) | |
| individually, ) | |
| ) | |
|     Defendants. ) | |

**NOTICE OF MOTION**

TO:   Gregg Minkow
        Laurie Randolph
        Hinshaw & Culbertson, LLP
        222 N LaSalle #300
        Chicago IL 60601

    Please take notice that on April 18, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Charles Norgle, District Court Judge in Room 2341 in the United States Courthouse, 219 S Dearborn Street, Chicago IL 60604, and shall then and there present the attached Motion, at which time and place you may appear if you so see fit.

                              Respectfully Submitted,
                              CONTRIBUTED MUTUAL BENEFITS MORTGAGE
                              SERVICES, INC., and CHARLES CHRISTIAN

                              By:    /S/ David T. Grisamore
                                    David T. Grisamore, Esq.

David T. Grisamore, Esq.
53 W. Jackson Suite 1643
Chicago IL 60604
(312) 913-3448
ARDC# 6237226

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that he served the attached on the above-listed parties by CM/ECF notice on April 9, 2008

                              By:    /S/ David T. Grisamore