**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| K-5 REALTY, LLC, ) | |
| a Florida limited liability company, ) | |
| ) | Case No. 08 C 1400 |
| Plaintiff, ) | |
| v. ) | Honorable Judge Charles Norgle |
| CONTRIBUTED MUTUAL BENEFITS ) | |
| MORTGAGE SERVICES, INC., ) | Magistrate Judge Brown |
| an Illinois corporation, and ) | |
| CHARLES CHRISTIAN, individually, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Gregg Minkow
      Laurie Randolph
      Hinshaw & Culbertson, LLP
      222 N LaSalle #300
      Chicago IL 60601

   Please take notice that on April 14, 2008 the undersigned filed the attached Answer and Affirmative Defenses with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

                           Respectfully Submitted,
                           CONTRIBUTED MUTUAL BENEFITS MORTGAGE
                           SERVICES, INC., and CHARLES CHRISTIAN

                           By:   /S/ David T. Grisamore
                                 David T. Grisamore, Esq.

David T. Grisamore, Esq.
53 W. Jackson Suite 1643
Chicago IL 60604
(312) 913-3448
ARDC# 6237226

**CERTIFICATE OF SERVICE**

   The undersigned attorney certifies that he served the attached on the above-listed parties by CM/ECF notice on April 14, 2008

                           By:   /S/ David T. Grisamore