IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K-5 REALTY, LLC, a Florida corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 08 C 1400 |
| v. | ) |
| | ) Honorable Judge Charles R. Norgle |
| CONTRIBUTED MUTUAL BENEFITS | ) |
| MORTGAGE SERVICES, INC., an Illinois | ) Magistrate Judge Brown |
| corporation, and CHARLES CHRISTIAN, | ) |
| individually, | ) JURY DEMAND |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   David Thaddeus Grisamore
      Law Offices of David T. Grisamore
      53 W. Jackson Blvd.
      Suite 1643
      Chicago, IL  60604
      dgriz67@sbcglobal.net

PLEASE TAKE NOTICE that on the 9th day of May, 2008, at 10:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Charles R. Norgle or any Judge sitting in his stead, in room 2341 of the Dirksen Federal Building, and there and there present Plaintiff's **Motion for More Definite Statement and/or to Strike Portions of Answer and Affirmative Defenses, Pursuant to FRCP 8(b), 9(c), and 12,** a copy of which is hereby served upon you, and request a hearing *instanter* thereon.

Respectfully submitted,

K-5 REALTY, LLC, Plaintiff


By:  s/ Gregg I. Minkow
     One of its Attorneys

Gregg I. Minkow
Laurie S. Randolph
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

6297749v1 886125