**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| K-5 REALTY, LLC, ) | |
| a Florida limited liability company, ) | |
| ) | Case No. 08 C 1400 |
| Plaintiff, ) | |
| v. ) | Honorable Judge Charles Norgle |
| CONTRIBUTED MUTUAL BENEFITS ) | |
| MORTGAGE SERVICES, INC., ) | Magistrate Judge Brown |
| an Illinois corporation, and ) | |
| CHARLES CHRISTIAN, individually, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Gregg Minkow
    Laurie Randolph
    Hinshaw & Culbertson, LLP
    222 N LaSalle #300
    Chicago IL 60601

    Please take notice that on May 30, 2008 the undersigned filed the attached Response to Plaintiff's Motion For a More Definite Statement with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

                    Respectfully Submitted,
                    CONTRIBUTED MUTUAL BENEFITS MORTGAGE
                    SERVICES, INC., and CHARLES CHRISTIAN

            By:   /S/ David T. Grisamore
                    David T. Grisamore, Esq.

David T. Grisamore, Esq.
53 W. Jackson Suite 1643
Chicago IL 60604
(312) 913-3448
ARDC# 6237226

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that he served the attached on the above-listed parties by CM/ECF notice on May 30, 2008.

            By:   /S/ David T. Grisamore