# EXHIBIT C

Case 1:08-cv-01400   Document 40-4   Filed 06/13/2008   Page 1 of 5

|  |  |  |
|---|---|---|
| **Gregg I Minkow /HC01**<br>06/10/2008 01:41 PM | To | David Grisamore <dgriz67@sbcglobal.net> |
|  | cc | Laurie Randolph/HC01@HC |
|  | bcc | kwward@verizon.net |
|  | Subject | K-5 Realty v. Contributed Mutual, et al, No. 08 C 1400; Draft Contempt Motion |

David, please see the attached correspondence and the draft motion enclosed therewith, and call me ASAP to discuss. Thanks.


Document.pdf

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail:  gminkow@hinshawlaw.com



# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

June 10, 2008

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

**By Electronic Mail**

David T. Grisamore
53 W. Jackson Blvd., Suite 1643
Chicago, IL 60604

Re: *K-5 Realty, LLC v. Contributed Mutual Benefits Mortgage Services, Inc., et al.*
Case No. 08 C 1400; **Draft Motion for Contempt Sanctions**

Dear David:

Enclosed please find a draft of a motion for rule to show cause and contempt sanctions against your clients in the above-entitled case, by reason of their failure to comply with the Agreed Order of March 28, 2008.

We have repeatedly requested the information referenced in this draft motion. Please call me as soon as possible and let me know whether and when the information will be forthcoming; if we do not have a satisfactory understanding between you and me on that matter by 4:00 p.m. tomorrow, then we will file the motion and seek a hearing thereon.

Very truly yours,

HINSHAW & CULBERTSON LLP

Gregg I. Minkow
312-704-3955
gminkow@hinshawlaw.com

GIM/mbc
Enclosure

cc: Kevin Ward

6327742v1 886125
Arizona California Florida Illinois Indiana Massachusetts Minnesota Missouri New York Oregon Rhode Island Wisconsin



| | |
|---|---|
| dgriz67@sbcglobal.net | To "Gregg I Minkow" <gminkow@hinshawlaw.com> |
| 06/10/2008 05:20 PM | cc |
| Please respond to dgriz67@sbcglobal.net | bcc |
| | Subject Re: K-5 Realty v. Contributed Mutual, et al, No. 08 C 1400; Draft ContemptMotion |

```
I will speak with client and respond Asap.
Sent via BlackBerry by AT&T

-----Original Message-----
From: Gregg I Minkow <gminkow@hinshawlaw.com>

Date: Tue, 10 Jun 2008 13:41:18
To:David Grisamore <dgriz67@sbcglobal.net>
Cc:Laurie Randolph <lrandolph@hinshawlaw.com>
Subject: K-5 Realty v. Contributed Mutual, et al, No. 08 C 1400; Draft
Contempt
 Motion


David, please see the attached correspondence and the draft motion enclosed
therewith, and call me ASAP to discuss.  Thanks.




Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL   60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail:  gminkow@hinshawlaw.com
```

Hinshaw & Culbertson LLP is an Illinois registered limited liability
partnership that has elected to be governed by the Illinois Uniform
Partnership Act (1997).

The contents of this e-mail message and any attachments are intended
solely for the addressee(s) named in this message. This communication
is intended to be and to remain confidential and may be subject to
applicable attorney/client and/or work product privileges. If you are
not the intended recipient of this message, or if this message has been
addressed to you in error, please immediately alert the sender by reply
e-mail and then delete this message and its attachments. Do not
deliver, distribute or copy this message and/or any attachments and if
you are not the intended recipient, do not disclose the contents or take
any action in reliance upon the information contained in this
communication or any attachments.



**David Grisamore**
<dgriz67@sbcglobal.net>
06/11/2008 04:22 PM

To Gregg I Minkow <gminkow@hinshawlaw.com>
cc
bcc
Subject Re: K-5 Realty v. Contributed Mutual, et al, No. 08 C 1400; Draft Contempt Motion

Charles:

Please review and be advised.

DTG

*Gregg I Minkow <gminkow@hinshawlaw.com>* wrote:

David, please see the attached correspondence and the draft motion enclosed therewith, and call me ASAP to discuss. Thanks.

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail: gminkow@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.