IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 C 1400 |
| v. | ) ) | Honorable Judge Charles R. Norgle |
| CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, | ) ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   David Thaddeus Grisamore
      Law Offices of David T. Grisamore
      53 W. Jackson Blvd., Suite 1643
      Chicago, IL  60604
      dgriz67@sbcglobal.net

　　　PLEASE TAKE NOTICE that on the 20th day of June, 2008, at 10:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Charles R. Norgle or any Judge sitting in his stead, in Room 2341 of the Dirksen Federal Building, and there and there present Plaintiff's **Motion for Rule to Show Cause, Finding of Contempt, and Associated Sanctions Against Defendants,** a copy of which is hereby served upon you, and request a hearing *instanter* thereon.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　K-5 REALTY, LLC, a Florida limited liability
　　　　　　　　　　　　　　　　　　　company, Plaintiff

Gregg I. Minkow　　　　　　　　　　　By: s/ Gregg I. Minkow
Laurie S. Randolph　　　　　　　　　　　　　One of its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

6329752v1 886125

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2008, I electronically filed Plaintiff's **Motion for Rule to Show Cause, Finding of Contempt, and Associated Sanctions Against Defendants** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system.  Notification of such filings(s) was sent via electronic mail on June 13, 2008, to the following:

David Thaddeus Grisamore
Law Offices of David T. Grisamore
53 W. Jackson Blvd.
Suite 1643
Chicago, IL  60604
E-mail:  dgriz67@sbcglobal.net

                                                K-5 Realty, LLC, Plaintiff

                                  By:  s/ Gregg I. Minkow
                                             One of its Attorneys

Gregg I. Minkow
Laurie S. Randolph
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No. 6181058
E-mail: gminkow@hinshawlaw.com

6329752v1 886125