**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

K−5 Realty, LLC

                                  Plaintiff,

v.                                         Case No.: 1:08−cv−01400
                                                Honorable Charles R. Norgle Sr.

Contributed Mutual Benefits Mortgage Services, Inc., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Motion hearing held on 6/20/2008. Response to motion for leave to file under seal [8] and motion for rule to show cause[40] is due on or before 7/7/2008. Reply to response is due on or before 7/21/2008. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.