# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

K–5 Realty, LLC

                    Plaintiff,

v.                                 Case No.: 1:08–cv–01400

                               Honorable Charles R. Norgle Sr.

Contributed Mutual Benefits Mortgage Services, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held and continued to a telephone status hearing on 07/03/08 at 8:45 a.m. Plaintiff's counsel will provide the Court with a revised agreed judgment order consistent with this Court's revisions.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.