

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1400 | DATE | 7/3/2008 |
| CASE TITLE | K-5 Realty LLC vs. Contributed Mutual Benefits Mortgage Services, Inc et al. | | |

**DOCKET ENTRY TEXT**

Telephone status hearing held. Terminate Case. Enter Agreed Judgment Order. The Court retains jurisdiction to enforce the judgment.

*/s/ Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | U.S. DISTRICT COURT FILED 2008 JUL -3 AM 11:35 | Courtroom Deputy Initials: | NTF |
|---|---|---|---|