

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K-5 REALTY, LLC, a Florida limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., an Illinois corporation, and CHARLES CHRISTIAN, individually, <br><br> Defendants. | Case No. 08 C 1400 <br><br> Honorable Magistrate Judge Geraldine Soat Brown <br><br> JURY DEMAND |

### AGREED JUDGMENT ORDER

JUDGMENT IS HEREBY ENTERED against the Defendants, CONTRIBUTED MUTUAL BENEFITS MORTGAGE SERVICES, INC., and CHARLES CHRISTIAN, individually, jointly and severally, in the sum of One Million Two Hundred Fifty Thousand U.S. Dollars ($1,250,000.00), payable in accordance with the written Settlement Agreement between the Parties, and subject to reduction in accordance with that Settlement Agreement and to all of the terms and conditions of that Settlement Agreement, which are incorporated herein by this reference. Each party shall pay its own attorneys' fees and costs. This is a final judgment. This Court retains jurisdiction to enforce this judgment.

DATED: July 3, 2008

ENTER: _/s/ Geraldine Soat Brown_
The Honorable Magistrate
Judge Geraldine Soat Brown

Prepared by:
Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
E-Mail: gminkow@hinshawlaw.com

FILED
2008 JUL -3 AM 10:23
CLERK
U.S. DISTRICT COURT

6335933v1 886125